[Nos. 46515-9-II; 46518-3-II.   Division Two.   December 16, 2014.]

*In the Matter of the Dependency of* A.M.

*In the Matter of the Dependency of* A.D.M.

Appeals from a judgment of the Superior Court for Pierce County, No. 14-7-00362-9, Kitty-Ann van Doorninck, J., entered June 26, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.

[No. 31607-6-III.   Division Three.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ALLAN FRENCH, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00260-1, Cameron Mitchell, J., entered April 22, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31078-7-III.   Division Three.   December 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAY MARTIN HULL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-02003-4, F. James Gavin, J., entered August 17, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Siddoway, C.J.; Korsmo, J., concurring in the result only; Brown, J., concurring in the result separately.